(June 30, 1994)

■ In the Matter of DANIEL SULLIVAN, Respondent, v ALLYN SIELAFF, as Correction Commissioner of the City of New York, Appellant. [615 NYS2d 990] —Order and judgment (one paper), Supreme Court, New York County (William McCooe, J.), entered July 7, 1993, which, *inter alia,* directed respondent to

credit petitioner with jail time, unanimously affirmed, without costs.

The IAS Court correctly credited the 2½ to 5 year sentence petitioner received under Indictment No. 5847/91 with the 248 days of jail time he served under Indictment No. 5910/87, since this time had not already been credited against a "previously imposed sentence" and the two sentences ran concurrently (Penal Law § 70.30 [3]; *Matter of Kalamis v Smith,* 42 NY2d 191, 201; *Matter of Colon v Vincent,* 49 AD2d 939, *affd* 41 NY2d 1084). Concur—Murphy, P. J., Wallach, Kupferman and Williams, JJ.